UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK D. ADAMS,

    Plaintiff,

  v.

S&D CARWASH MANAGEMENT, LLC, et al.,

    Defendants.

No. 2:25-cv-1290 DC AC PS

ORDER

    On July 8, 2025, defendants filed a motion to compel arbitration (ECF No. 6) and a motion to dismiss (ECF No. 7), re-noticed for hearing before the undersigned at ECF Nos. 11 and 12. The motions were set to be heard on August 20, 2025. ECF No. 21. Plaintiff did not file an opposition or statement of non-opposition. Plaintiff did file a motion to compel a 26(f) conference, but this does not relieve him of the obligation to respond to defendant's motions.

    Good cause appearing, IT IS HEREBY ORDERED that the hearing date of August 20, 2025 is VACATED. It is further ORDERED that plaintiff shall show cause, in writing, within 14 days, why his failure to respond to the pending motions should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order. If plaintiff

////

////

1

fails to respond, the undersigned will recommend dismissal of this case pursuant to Local Civil Rule 110.

DATED: July 28, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE