UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK D. ADAMS,

      Plaintiff,

      v.

S&D CARWASH MANAGEMENT, LLC
aka QUICK QUACK CARWASH et al,

      Defendants.

No.  2:25-cv-1290-DC-AC

ORDER

On November 5, 2025, the court ordered the parties to submit declarations on specific matters relevant to defendants' pending motion to compel arbitration.  ECF No. 41.  Defendants were to first file and serve a declaration from a Paycom custodian of records, addressing some of the issues outlined in defendants' statement regarding the scope of relevant discovery.  Id. at 3 (ECF No. 40 at 4-5).  Plaintiff was then to file a Request for Leave to Propound Specific Discovery within fourteen days of such declaration, to which defendants could object within five days.  ECF No. 41 at 3.

On January 16, 2026, defendants submitted a declaration asserting that they needed an additional 45 to 60 days to obtain the declaration from a Paycom custodian of records.  ECF No. 44.  Plaintiff objected to the request for an extension on February 2, 2026, arguing that this prejudices him by increasing costs and delaying resolution of this matter.  ECF No. 45 at 6.

1

This court previously ruled that because no scheduling conference has been held or even set in this case, the parties may not propound any discovery beyond what the court has ordered. ECF No. 41 at 3 (citing Fed. R. Civ P. 16(b), 26(f); Local Rule 240).  In the absence of discovery, what expenses a pro se plaintiff would incur as he waits for defendants to file and serve the required declaration is unclear.  Plaintiff is partially correct, however, that as the party moving to compel arbitration, defendants have the burden of proof and therefore the responsibility to obtain necessary evidence from third parties in a timely manner.  See ECF No. 45 at 5.

Accordingly, IT IS HEREBY ORDERED that the deadline for defendants to file the previously ordered declaration from a Paycom custodian of records is EXTENDED to April 10, 2026.  Defendants are informed that no additional extensions will be granted absent extraordinary circumstances.

IT IS SO ORDERED.

DATED: February 9, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE