UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK D. ADAMS, | No.  2:25-cv-1290 DC AC |
| Plaintiff, | |
| v. | ORDER |
| S&D CARWASH MANAGEMENT, LLC aka QUICK QUACK CARWASH et al, | |
| Defendants. | |

Plaintiff is representing himself in propria persona in this case, which was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21).  ECF No. 1.  On June 24, 2025, in response to plaintiff's request to file and receive documents electronically, the undersigned ordered the Clerk of the Court to configure plaintiff's account so that plaintiff will receive immediate email notifications when documents are filed in the case.  ECF No. 5 at 1.  On February 2, 2026, plaintiff sought an order requiring defendants to serve plaintiff with paper copies of all filings as required under Fed. R. Civ. P. 5.  ECF No. 45 at 3.  The court asked plaintiff to clarify whether he wished to opt out of electronic service of all documents—court orders and documents filed by defendants alike—in favor of conventional service as provided in Local Rule 135(b) and Fed. R. Civ. P. 5(b)(2)(C).  ECF No. 47 at 2.  Plaintiff has now filed a request to opt out of electronic service.  ECF No. 48.

1

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's request to opt out of electronic service (ECF No. 48) is GRANTED;

2. The Clerk is directed to provide plaintiff with paper copies of this order, and all future court orders, mailed to his address of record;

3. Defendants shall serve plaintiff with hard copies of all their future filings, mailed to his address of record; and

4. The Clerk of the Court is directed to reconfigure plaintiff's account so that plaintiff no longer receives email notifications when documents are filed in the case.

**SO ORDERED**.

DATED: March 2, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2