ALEXANDRA M. ASTERLIN, SBN 221286
alexandra.asterlin@ogletree.com
ALYSSA C. MALINOSKI, SBN 322794
alyssa.malinoski@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 Capitol Mall, Suite 2800
Sacramento, CA 95814
Telephone: 916-840-3150
Facsimile: 916-840-3159

Attorneys for Defendants
S&D CARWASH MANAGEMENT, LLC aka
QUICK QUACK CARWASH; JAC LEBBS; JOE
STEELE; KENNY WILLIAMS; MATT
NICHOLS; CLIFF MARIAN; and DINA
KATSEL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK D. ADAMS,<br><br>Plaintiff,<br><br>vs.<br><br>S&D CARWASH MANAGEMENT, LLC aka QUICK QUACK CARWASH; JAC LEBBS; JOE STEELE; KENNY WILLIAMS; MATT NICHOLS; CLIFF MARIAN; DINA KATSEL; and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No. 2:25-cv-01290-DC-AC<br><br>**DECLARATION OF CAITLYN CARR**<br><br>Action Filed: May 12, 2025<br>Trial Date: None Set |

I, Caitlyn Carr, hereby declare as follows:

1. I am over eighteen years of age and make the following declaration of my own free will. This declaration is submitted in support of Defendants S&D Carwash LLC and Quick Quack Car Wash ("Quick Quack"), Jac Lebbs, Joe Steele, Kenny Williams, Matt Nichols, Cliff Marian, and Dina Katsel's (collectively referred to as "Defendants") Motion to Compel Arbitration. I have access to personnel information and reports maintained and generated in the ordinary course of

Paycom's business concerning its clients, including Quick Quack. I make this declaration of my own personal knowledge, except as to those matters stated on information and belief, and, as to those matters, I believe them to be true based on the information and reports generated concerning Quick Quack which are maintained and generated in the ordinary course of business. If called as a witness, I could testify competently to the facts stated in this declaration.

2. I am currently employed with Paycom Software, Inc. ("Paycom") where I work as an IT Security Operations Manager. I have held this role at Paycom since September 2025 and have been in the IT Security group at Paycom since February 2020.

3. Paycom provides payroll and human resources related services to businesses throughout the country through its unique software which simplifies onboarding, payroll, and human resources information management. Paycom is a Delaware corporation and is headquartered in Oklahoma City, Oklahoma, and one of its clients is Quick Quack.

4. In my role, among other duties, I am responsible for overseeing my team, security operations, and team objectives. I am familiar with Quick Quack's account and the services Paycom provides to Quick Quack. In my position with Paycom, I can view Quick Quacks employees' Paycom accounts, profiles, and backend data. "Backend" refers to the system or processes that are not seen or accessible to the user – here, the client, Quick Quack, or the newly hired employees that are required to complete Quick Quacks onboarding process.

5. Paycom provides its services to clients through a Human Resources Self-Services System ("HRSS"). The HRSS is a web-based portal unique to each of Paycom's clients. Quick Quacks' HRSS consists of two different components: a client/employer-facing user interface and an employee-facing user interface. Only clients and designated employees who are deemed Paycom account administrators can access the employer-facing interface of the HRSS. Employees access information about the terms and benefits of their specific employment, company policies, and other employment related matters through an employee interface and log-in. Paycom assigns each employee an independent and unique login to access the employee-facing user interface of the HRSS, and the employees then create their own unique and confidential password to access their respective Paycom accounts.

6. Clients may also utilize Paycom's HRSS to conduct their new employee onboarding. Clients such as Quick Quack use this service to upload onboarding-related documents through the employer-facing interface of the HRSS for newly hired employees to review during the onboarding process. Any onboarding documents a client chooses to upload are placed in a separate web-based portal which Paycom administers and is specifically intended for the onboarding process (the "Onboarding Portal"). New employees can access the Onboarding Portal as described below.

7. Before a new employee can access the Onboarding Portal, the client can log in to the employer-facing interface of the HRSS and is able to input employee personal identifying information such as the new employee's name, email address and phone number, to generate an invitation record. Once the information the client elects is inputted, an automated onboarding invitation email from systemmessage@paycomonline.com is then generated and sent to the new employee's email address placed in the system by the client, inviting the employee to access the link to the Onboarding Portal and complete onboarding. This invitation record is logged in to Paycom's backend and includes, among other things, the following: the client's unique identifying code, a unique identifying number for the invitation, the newly hired employee's email address, the date the invitation was sent, and the title, contents, and metadata of the invitation.

8. Once the employee has access to the Onboarding Portal and the Paycom system, they are able to verify the information in their account already created by their employer to initiate onboarding. The employee is then prompted to create a Paycom account by using either a Paycom generated username, or one that was specifically created by their employer, and creating a unique and confidential password of the new hire's choosing. This unique username and password are how the employee will access his or her Paycom account going forward, although the new employee's Paycom account is not activated until onboarding is complete.

9. When a client comes to Paycom, and has already existing employees, they have the ability to have their employee information imported into the Paycom system. After the import, the Paycom system assigns each employee an independent and unique login to access the employee-facing user interface of the HRSS. The client can then send out, via email, or by printing out a physical copy of the temporary password and username, along with a link, for their employees to

access the Paycom system with this information. After the employee logs in, the employees then create their own unique and confidential password to access their respective Paycom accounts.

10. Quick Quack had access to the above-described onboarding process with its new employees and existing employees and had the ability to input employee-personally identifying information such as the information described above.

11. Paycom has never had access to personal phones, or personal emails, nor does it ever request direct or remote access to the personal phones or personal emails of Quick Quack employees including Plaintiff Mark Adams.

12. Once the employees' onboarding is complete, the employees' new account will be activated, where they can utilize the same username and password to access the Paycom system. Some clients, such as Quick Quack, have additional documents they will assign employees in the Paycom system, after onboarding.

13. As to Mark Adams (the Plaintiff in the above-referenced action), the process of onboarding took place on or around January 19, 2021.

14. Paycom's software and services also allow: (1) clients, such as Quick Quack, to make company policies, acknowledgments, and agreements available to new employees and existing employees to digitally review through their Paycom account; and (2) employees to electronically acknowledge or electronically sign those documents through the Paycom account.

15. Clients may elect to require new employees and existing employees to enter their signature upon completing review of a given document. In this scenario, Paycom prompts the new employee or existing employee through a pop-up window to either handwrite or type their signatures in a designated field to acknowledge the document(s). If a new employee chooses to type his or her signature, the employee must do so by entering his or her name in the prompted field and window. New employees may also choose from several different fonts to use for their typed signatures. If it is the first time that an employee is electronically signing a document in their Paycom account, an employee name is not pre-populated during the electronic signature process. Once the employee creates and uses an electronic signature in the Paycom system, the signature is stored and pre-populated to use as the signature module upon subsequent instances of electronically

signing documents. However, the employee would still have to click "Sign" to affix the signature and complete the electronic signature process.

16. Quick Quack specifically added a number of documents for review and signature to Plaintiff Mark Adams including an Arbitration Agreement to their Paycom account. Copies of the "2020 Arbitration Agreement" electronically signed by Plaintiff Mark Adams retrieved from the Paycom / Quick Quack portal are attached as **Exhibit A**.

17. Once a new hire or employee enters his or her signature acknowledging and agreeing to a given document, a signature record is generated and logged in Paycom's backend. The signature record includes the following data: the client's unique identifying code; the new hire's unique identifying code or existing employees unique code; the name of the document folder (which the client enters when uploading the document on the employer-facing user interface of the Paycom HRSS); a description of the document (usually the file name); whether the employees' signature was required; whether the employees' signature was received; the date and time the employee signed the document in Central time; the employees IP address when they signed the document; the new hire's unique signature ID associated with their New Hire ID code, or employee unique code; and similar information from the client if the client electronically counter-signed the document.

18. A report was generated using an internal proprietary query tool to pull data directly from the Paycom application's database. The report shows Plaintiff Mark Adams' electronic acknowledgement and signature on the "2020 Arbitration Agreement". Plaintiff Mark Adams has a unique code associated with his signature. The Company code for Quick Quack is 0DB29. Attached hereto as **Exhibit B** is a true and correct copy of the backend reports of the Document Audit and Document File that contains a record of documents signed using the Client code and Employee Code identifier that were assigned to Plaintiff Mark Adams.

19. The report exhibits Plaintiff Mark Adams' electronic acknowledgement and signature on the "2020 Arbitration Agreement pdf". On 01/19 /2021 at 13:49 employee code 7122 electronically signed the file. In doing so, Paycom assigned a unique digital signature ID to Plaintiff Mark Adams' account: ee_71226007117f42adc_2632625, which is displayed in the report in column J. The "ee_7122" in the unique digital signature is an internal code Paycom uses to identify

a signature made by an employee, and "6007117f42adc" is the unique hash for Mark Adams digital signature.

20. In IT security, "hashing" is the process by which a security algorithm is applied to a piece of data (such as a file, message, or signature) to produce a number known as a "hash" (sometimes also called a "checksum"). The resulting "hash" is a unique code that is used to verify that a piece of data has maintained its integrity and has not been modified, tampered with, or corrupted.

I declare under the penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 10th day of April, 2026 at Oklahoma City, Oklahoma

Caitlyn Carr

Caitlyn Carr

# EXHIBIT A

1380 Lead Hill Blvd. Suite 260
Roseville, CA 95661
www.dontdrivedirty.com

# ARBITRATION AGREEMENT

**READ THIS AGREEMENT CAREFULLY BEFORE YOU SIGN IT.**

To resolve employment disputes in an efficient and cost-effective manner, you and Quick Quack Car Wash agree that any and all claims arising out of or related to your employment (pre-hire through post-termination) that could be filed in a court of law, including but not limited to, claims of unlawful harassment or discrimination, wrongful demotion, defamation, wrongful discharge, breach of contract, invasion of privacy, or claims for violation of state, local, or federal wage and hour laws (with the exception of PAGA claims in California), shall be submitted to final and binding arbitration on an individual basis, and not to any other forum.

The arbitration process shall be initiated by delivering a written request for arbitration to the other party within the time limits that would apply to the filing of a civil complaint in court. A late request will be void. No claim should be submitted to arbitration without first attempting to resolve the matter informally and exhausting Quick Quack Car Wash's internal procedures.

The Arbitrator shall have the exclusive authority to resolve any dispute arising out of or relating to the validity, formation, applicability, interpretation and/or enforceability of this Agreement or any part of this Agreement.

If we are unable to agree upon a neutral arbitrator, we will obtain a list of arbitrators from a neutral dispute resolution service, and strike names alternatively until one arbitrator remains. The arbitrator shall conduct the arbitration in accordance with the procedures set forth in the most recent version of the Employment Arbitration Rules and Mediation Procedures of the American Arbitration Association ("AAA"). In no way does the selection of AAA's rules imply that AAA will administer the arbitration. AAA, or any other third-party arbitration administrator, may only be engaged with the express written consent of Quick Quack Car Wash. Regardless of the outcome, Quick Quack Car Wash shall pay all the costs that are unique to the arbitration forum, including the arbitrator's fee. However, no payment shall be rendered by Quick Quack Car Wash unless and until Quick Quack Car Wash has expressly consented to the selection of the arbitration administrator, if any. A copy of the National Rules for the resolution of Employment Disputes of the American Arbitration Association can be found at https://www.adr.org/Rules.

The arbitrator shall determine the prevailing party in the arbitration. Costs and attorneys' fees shall be awarded to the prevailing party in accordance with the same legal standards that would apply had the action been filed in court. The arbitrator shall have the authority to order any legal or equitable remedy

that would be available in a civil or administrative action on the claim. The arbitrator shall prepare a brief written decision that includes the essential findings and conclusions upon which the award is based.

This arbitration shall be the exclusive means of resolving any claim arising out of your employment, and no action will be filed in any court or other forum. However, nothing in this agreement will affect National Labor Relations Board, Workers' Compensation Appeals Board, Unemployment Insurance Appeals Board, Department of Fair Employment and Housing, or Equal Employment Opportunity Commission proceedings, petitions for judicial review of a decision issued after an administrative hearing or the ability of either party to seek injunctive relief in an appropriate court of law.

If any court of competent jurisdiction declares that any part of this Arbitration Agreement is illegal, invalid or unenforceable, such a declaration will not affect the legality, validity or enforceability of the remaining parts of this Arbitration Agreement, and the illegal, invalid or unenforceable part will no longer be part of this agreement. The parties acknowledge and agree that Quick Quack Car Wash through its business and commercial operations engages in interstate commerce sufficiently that this arbitration agreement is governed by and interpreted under the Federal Arbitration Act.

This agreement sets forth the entire agreement between the parties and supersedes any and all prior or contemporaneous agreements and understandings, whether written, oral or implied, pertaining to the subject matter of this agreement.

**THIS ARBITRATION AGREEMENT IS A WAIVER OF ALL YOUR RIGHTS TO A CIVIL JURY TRIAL OR TO ANY OTHER ADJUDICATORY, ADMINISTRATIVE, OR GOVERNMENTAL FORUM OR PROCEEDING NOT EXPRESSLY EXCLUDED ABOVE AND A WAIVER OF ALL YOUR RIGHTS TO PARTICIPATE IN CIVIL CLASS ACTION LAWSUITS INCLUDING CLASS ACTIONS BROUGHT IN ARBITRATION, OR ANY OTHER FORUM OR PROCEEDING, FOR ANY AND ALL CLAIMS OR CAUSES ARISING OUT OF OR RELATING TO YOUR EMPLOYMENT (PRE-HIRE THROUGH POST-TERMINATION). ONLY TO THE EXTENT REQUIRED BY APPLICABLE LAW, THIS WAIVER EXCLUDES CLAIMS MADE PURSUANT TO THE PRIVATE ATTORNEYS GENERAL ACT (PAGA).**

ee_71226007117f42adc_2632625

01/19/2021

*Team Member Signature* *Date*

*Authorized Representative of Quick Quack Car Wash* *Date*

# EXHIBIT B

# Document Audit

| Client Code | Folder ID | Folder Name | Employee Code | Document ID | Audit Code | Audit Description | Audit Old Value | Audit Old Description | Audit New Value | Audit New Description | Username | Date/Time | IP Address | Audit ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0DB29 | 25303 | Car Wash Agreement | 7122 | 2631999 | FILEADDED | Add Doc to Employee CHECKLIST | | | 0DB29_7122_TEAMMEMBERMEMBERSHIPREQUESTV5_210119110718600711C6389FB_593.PDF | Team Member Membership Request_v5.pdf (194 KB) | 0DB297122 | 1/19/2021 11:07 | 66.60.134.86 | 4881294 |
| 0DB29 | 6214 | USCIS Form I-9 | 7122 | 2632127 | FILEADDED | File Added | | | 0DB29_7122_USCISFORMI920191021_210119113017600717291665 3_265.PDF | USCIS_FORM_I9.pdf (922 KB) | 0DB297122 | 1/19/2021 11:30 | 66.60.134.86 | 4881468 |
| 0DB29 | 26805 | 2020 California Handbook | 7122 | 2632560 | FILEADDED | Add Doc to Employee CHECKLIST | | | 0DB29_XXXXX_2020CALIFORNIAHANDBOOK_2006101420145ee1326e88724_515.PDF | 2020 California Handbook.pdf (1.5 MB) | 0DB297122 | 1/19/2021 13:21 | 66.60.134.86 | 4882094 |
| 0DB29 | 25303 | Car Wash Agreement | 7122 | 2631999 | EESIGN | Employee Signed | | | ee_71226007117f42adc_2631999 (01/19/2021) | ee_71226007117f42adc_2631999 (01/19/2021) | 0DB297122 | 1/19/2021 13:24 | 66.60.134.86 | 4882104 |
| 0DB29 | 29645 | 2021 Form W-4 | 7122 | 2632568 | FILEADDED | File Added | | | 0DB29_7122_2021FW4_21011913254260073236306 15_941.PDF | 2021fw4.pdf (71 KB) | 0DB297122 | 1/19/2021 13:25 | 66.60.134.86 | 4882106 |
| 0DB29 | 29645 | 2021 Form W-4 | 7122 | 2632568 | EESIGN | Employee Signed | | | ee_71226007117f42adc_2632568 (01/19/2021) | ee_71226007117f42adc_2632568 (01/19/2021) | 0DB297122 | 1/19/2021 13:25 | 66.60.134.86 | 4882107 |
| 0DB29 | 16997 | Direct Deposit Form | 7122 | 2632570 | FILEADDED | File Added | | | 0DB29_7122_DIRECTDEPOSITFORM2020V1_210119132901600732fd6b5be_302.PDF | DIRECT_DEPOSIT_FORM_2020_V1.pdf (66 KB) | 0DB297122 | 1/19/2021 13:29 | 66.60.134.86 | 4882110 |
| 0DB29 | 16997 | Direct Deposit Form | 7122 | 2632570 | EESIGN | Employee Signed | | | ee_71226007117f42adc_2632570 (01/19/2021) | ee_71226007117f42adc_2632570 (01/19/2021) | 0DB297122 | 1/19/2021 13:29 | 66.60.134.86 | 4882111 |
| 0DB29 | 26814 | 2020 Service Center Addendum | 7122 | 2632618 | FILEADDED | Add Doc to Employee CHECKLIST | | | 0DB29_XXXXX_2020SERVICECENTERADDENDUM_2006101432245ee135481bdb1_785.PDF | 2020 Service Center Addendum.pdf (114 KB) | 0DB297122 | 1/19/2021 13:46 | 66.60.134.86 | 4882205 |
| 0DB29 | 26837 | 2020 Handbook/Meal/Surveillance Acknowledgement | 7122 | 2632619 | FILEADDED | Add Doc to Employee CHECKLIST | | | 0DB29_7122_HANDBOOKACKNOWLEDGEMENT_210119134646600737265F22A_576.PDF | Handbook Acknowledgement.pdf (134 KB) | 0DB297122 | 1/19/2021 13:46 | 66.60.134.86 | 4882206 |
| 0DB29 | 26837 | 2020 Handbook/Meal/Surveillance Acknowledgement | 7122 | 2632619 | EESIGN | Employee Signed | | | ee_71226007117f42adc_2632619 (01/19/2021) | ee_71226007117f42adc_2632619 (01/19/2021) | 0DB297122 | 1/19/2021 13:48 | 66.60.134.86 | 4882220 |
| 0DB29 | 26816 | 2020 Arbitration Agreement | 7122 | 2632625 | FILEADDED | Add Doc to Employee CHECKLIST | | | 0DB29_7122_ARBITRATIONAGREEMENT_2101191348206007378 4807E2_618.PDF | Arbitration Agreement.pdf (130 KB) | 0DB297122 | 1/19/2021 13:48 | 66.60.134.86 | 4882221 |
| 0DB29 | 26816 | 2020 Arbitration Agreement | 7122 | 2632625 | EESIGN | Employee Signed | | | ee_71226007117f42adc_2632625 (01/19/2021) | ee_71226007117f42adc_2632625 (01/19/2021) | 0DB297122 | 1/19/2021 13:49 | 66.60.134.86 | 4882226 |
| 0DB29 | 26875 | Drug Policy | 7122 | 2632627 | FILEADDED | Add Doc to Employee CHECKLIST | | | 0DB29_7122_DRUGALCOHOLPOLICY1_210119134919600737BF5A069_703.PDF | Drug & Alcohol Policy1.pdf (298 KB) | 0DB297122 | 1/19/2021 13:49 | 66.60.134.86 | 4882227 |
| 0DB29 | 26875 | Drug Policy | 7122 | 2632627 | EESIGN | Employee Signed | | | ee_71226007117f42adc_2632627 (01/19/2021) | ee_71226007117f42adc_2632627 (01/19/2021) | 0DB297122 | 1/19/2021 13:50 | 66.60.134.86 | 4882235 |
| 0DB29 | 30140 | 2020 Handbook Addendum-Uniform Pay | 7122 | 2745786 | FILEADDED | Add Doc to Employee CHECKLIST | | | 0DB29_XXXXX_UNIFORMPAY_2103181246556053920fb0aec_629.DOCX | Uniform Pay.docx (13 KB) | 0DB297122 | 4/5/2021 12:11 | 98.238.167.27 | 5098200 |
| 0DB29 | 30142 | 2020 Handbook Addendum-Texting Communication | 7122 | 2745787 | FILEADDED | Add Doc to Employee CHECKLIST | | | 0DB29_XXXXX_TEXTINGCOMMUNICATION_210318124941605392b5bae54_824.DOCX | Texting Communication.docx (13 KB) | 0DB297122 | 4/5/2021 12:12 | 98.238.167.27 | 5098202 |
| 0DB29 | 31098 | COVID-19 Attest | 7122 | 2873896 | FILEADDED | Add Doc to Employee CHECKLIST | | | 0DB29_7122_COVID19ATTEST_21062212051960D2184FB916D_973.PDF | COVID 19 Attest.pdf (329 KB) | 0DB297122 | 6/22/2021 12:05 | 157.130.207.78 | 5335252 |
| 0DB29 | 31098 | COVID-19 Attest | 7122 | 2873896 | EESIGN | Employee Signed | | | ee_71226007117f42adc_2873896 (06/22/2021) | ee_71226007117f42adc_2873896 (06/22/2021) | 0DB297122 | 6/22/2021 12:05 | 157.130.207.78 | 5335256 |
| 0DB29 | 33481 | QQCW CONFIDENTIAL INFORMATION AGREEMENT | 7122 | 3437131 | FILEADDED | Add Doc to Employee from DOC DASHBOARD | | | 0DB29_7122_QQCONFIDENTIALITYANDINVENTIONASSIGNMENTA_220502181759627066a7de7f7_369.PDF | QQ - Confidentiality and Invention Assignment Agreement.pdf (146 KB) | hannahflash | 5/2/2022 18:17 | 24.2.48.143 | 6305497 |
| 0DB29 | 33481 | QQCW CONFIDENTIAL INFORMATION AGREEMENT | 7122 | 3437131 | FILEREMOVED | File Removed | 0DB29_7122_QQCONFIDENTIALITYANDINVENTIONASSIGNMENTA_220502181759627066a7de7f7_369.PDF | QQ - Confidentiality and Invention Assignment Agreement.pdf (146 KB) | | | hannahflash | 5/3/2022 11:07 | 24.2.48.143 | 6307342 |
| 0DB29 | 33684 | CONFIDENTIAL INFORMATION AGREEMENT | 7122 | 3438213 | FILEADDED | Add Doc to Employee from DOC DASHBOARD | | | 0DB29_7122_QQCONFIDENTIALITYANDINVENTIONASSIGNMENTA_220503111911627155ff216a4_544.PDF | QQ - Confidentiality and Invention Assignment Agreement.pdf (146 KB) | hannahflash | 5/3/2022 11:19 | 24.2.48.143 | 6307613 |
| 0DB29 | 33684 | CONFIDENTIAL INFORMATION AGREEMENT | 7122 | 3438213 | FILEREMOVED | File Removed | 0DB29_7122_QQCONFIDENTIALITYANDINVENTIONASSIGNMENTA_220503111911627155ff216a4_544.PDF | QQ - Confidentiality and Invention Assignment Agreement.pdf (146 KB) | | | hannahflash | 5/3/2022 11:43 | 24.2.48.143 | 6308073 |
| 0DB29 | 33685 | CONFIDENTIAL INFORMATION AGREEMENT | 7122 | 3438581 | FILEADDED | Add Doc to Employee from DOC DASHBOARD | | | 0DB29_7122_QQCONFIDENTIALITYANDINVENTIONASSIGNMENTA_220503120305627160491 7101_811.PDF | QQ - Confidentiality and Invention Assignment Agreement.pdf (146 KB) | hannahflash | 5/3/2022 12:03 | 24.2.48.143 | 6308451 |
| 0DB29 | 33772 | Handbook Addendum - Information Security Policy | 7122 | 3468851 | FILEADDED | Add Doc to Employee from DOC DASHBOARD | | | 0DB29_XXXXX_QQPOLGENERALSECURITYFINALV10_2205191041476286653bde9d1_806.DOCX | QQPolGeneralSecurityFinalV1_0.docx (68 KB) | hannahflash | 5/19/2022 10:48 | 24.2.48.143 | 6358048 |
| 0DB29 | 40515 | Enhanced Background Checks Consumer Report | 7122 | 4559042 | FILEADDED | File Added | | | ../cl/pe-bgcdetail.php?evid=ev5fff1acb6bfd7 | Background Screening Report (0 KB) | System | 6/17/2024 14:22 | | 8220657 |

| Client Code | Folder ID | Folder Name | Employee Code | Document ID | Audit Code | Audit Description |
|---|---|---|---|---|---|---|
| 0DB29 | 25303 | Car Wash Agreement | 7122 | 2631999 | FILEADDED | Add Doc to Employee CHECKLIST |
| 0DB29 | 6214 | USCIS Form I-9 | 7122 | 2632127 | FILEADDED | File Added |
| 0DB29 | 26805 | 2020 California Handbook | 7122 | 2632560 | FILEADDED | Add Doc to Employee CHECKLIST |
| 0DB29 | 25303 | Car Wash Agreement | 7122 | 2631999 | EESIGN | Employee Signed |
| 0DB29 | 29645 | 2021 Form W-4 | 7122 | 2632568 | FILEADDED | File Added |
| 0DB29 | 29645 | 2021 Form W-4 | 7122 | 2632568 | EESIGN | Employee Signed |
| 0DB29 | 16997 | Direct Deposit Form | 7122 | 2632570 | FILEADDED | File Added |
| 0DB29 | 16997 | Direct Deposit Form | 7122 | 2632570 | EESIGN | Employee Signed |
| 0DB29 | 26814 | 2020 Service Center Addendum | 7122 | 2632618 | FILEADDED | Add Doc to Employee CHECKLIST |
| 0DB29 | 26837 | 2020 Handbook/Meal/Surveillance Acknowledgement | 7122 | 2632619 | FILEADDED | Add Doc to Employee CHECKLIST |
| 0DB29 | 26837 | 2020 Handbook/Meal/Surveillance Acknowledgement | 7122 | 2632619 | EESIGN | Employee Signed |
| 0DB29 | 26816 | 2020 Arbitration Agreement | 7122 | 2632625 | FILEADDED | Add Doc to Employee CHECKLIST |
| 0DB29 | 26816 | 2020 Arbitration Agreement | 7122 | 2632625 | EESIGN | Employee Signed |
| 0DB29 | 26875 | Drug Policy | 7122 | 2632627 | FILEADDED | Add Doc to Employee CHECKLIST |
| 0DB29 | 26875 | Drug Policy | 7122 | 2632627 | EESIGN | Employee Signed |
| 0DB29 | 30140 | 2020 Handbook Addendum-Uniform Pay | 7122 | 2745786 | FILEADDED | Add Doc to Employee CHECKLIST |
| 0DB29 | 30142 | 2020 Handbook Addendum-Texting Communication | 7122 | 2745787 | FILEADDED | Add Doc to Employee CHECKLIST |
| 0DB29 | 31098 | COVID-19 Attest | 7122 | 2873896 | FILEADDED | Add Doc to Employee CHECKLIST |
| 0DB29 | 31098 | COVID-19 Attest | 7122 | 2873896 | EESIGN | Employee Signed |
| 0DB29 | 33481 | QQCW CONFIDENTIAL INFORMATION AGREEMENT | 7122 | 3437131 | FILEADDED | Add Doc to Employee from DOC DASHBOARD |
| 0DB29 | 33481 | QQCW CONFIDENTIAL INFORMATION AGREEMENT | 7122 | 3437131 | FILEREMOVED | File Removed |
| 0DB29 | 33684 | CONFIDENTIAL INFORMATION AGREEMENT | 7122 | 3438213 | FILEADDED | Add Doc to Employee from DOC DASHBOARD |
| 0DB29 | 33684 | CONFIDENTIAL INFORMATION AGREEMENT | 7122 | 3438213 | FILEREMOVED | File Removed |
| 0DB29 | 33685 | CONFIDENTIAL INFORMATION AGREEMENT | 7122 | 3438581 | FILEADDED | Add Doc to Employee from DOC DASHBOARD |
| 0DB29 | 33772 | Handbook Addendum - Information Security Policy | 7122 | 3468851 | FILEADDED | Add Doc to Employee from DOC DASHBOARD |
| 0DB29 | 40515 | Enhanced Background Checks Consumer Report | 7122 | 4559042 | FILEADDED | File Added |

| Audit Old Value | Audit Old Description |
|---|---|
| 0DB29_7122_QQCONFIDENTIALITYANDINVENTIONASSIGNMENTA_220502181759627066a7de7f7_369.PDF | QQ - Confidentiality and Invention Assignment Agreement.pdf (146 KB) |
| 0DB29_7122_QQCONFIDENTIALITYANDINVENTIONASSIGNMENTA_220503111911627155ff216a4_544.PDF | QQ - Confidentiality and Invention Assignment Agreement.pdf (146 KB) |

| Audit New Value | Audit New Description | Username | Date/Time | IP Address | Audit ID |
|---|---|---|---|---|---|
| 0DB29_7122_TEAMMEMBERMEMBERSHIPREQUESTV5_210119110718600711C6389FB_593.PDF | Team Member Membership Request_v5.pdf (194 KB) | 0DB297122 | 1/19/2021 11:07 | 66.60.134.86 | 4881294 |
| 0DB29_7122_USCISFORMI920191021_2101191130176007172916653_265.PDF | USCIS_FORM_I9.pdf (922 KB) | 0DB297122 | 1/19/2021 11:30 | 66.60.134.86 | 4881468 |
| 0DB29_XXXXX_2020CALIFORNIAHANDBOOK_2006101420145ee1326e88724_515.PDF | 2020 California Handbook.pdf (1.5 MB) | 0DB297122 | 1/19/2021 13:21 | 66.60.134.86 | 4882094 |
| ee_71226007117f42adc_2631999 (01/19/2021) | ee_71226007117f42adc_2631999 (01/19/2021) | 0DB297122 | 1/19/2021 13:24 | 66.60.134.86 | 4882104 |
| 0DB29_7122_2021FW4_2101191325426007323630615_941.PDF | 2021fw4.pdf (71 KB) | 0DB297122 | 1/19/2021 13:25 | 66.60.134.86 | 4882106 |
| ee_71226007117f42adc_2632568 (01/19/2021) | ee_71226007117f42adc_2632568 (01/19/2021) | 0DB297122 | 1/19/2021 13:25 | 66.60.134.86 | 4882107 |
| 0DB29_7122_DIRECTDEPOSITFORM2020V1_210119132901600732fd6b5be_302.PDF | DIRECT_DEPOSIT_FORM_2020_V1.pdf (66 KB) | 0DB297122 | 1/19/2021 13:29 | 66.60.134.86 | 4882110 |
| ee_71226007117f42adc_2632570 (01/19/2021) | ee_71226007117f42adc_2632570 (01/19/2021) | 0DB297122 | 1/19/2021 13:29 | 66.60.134.86 | 4882111 |
| 0DB29_XXXXX_2020SERVICECENTERADDENDUM_2006101432245ee135481bdb1_785.PDF | 2020 Service Center Addendum.pdf (114 KB) | 0DB297122 | 1/19/2021 13:46 | 66.60.134.86 | 4882205 |
| 0DB29_7122_HANDBOOKACKNOWLEDGEMENT_210119134646600737265F22A_576.PDF | Handbook Acknowledgement.pdf (134 KB) | 0DB297122 | 1/19/2021 13:46 | 66.60.134.86 | 4882206 |
| ee_71226007117f42adc_2632619 (01/19/2021) | ee_71226007117f42adc_2632619 (01/19/2021) | 0DB297122 | 1/19/2021 13:48 | 66.60.134.86 | 4882220 |
| 0DB29_7122_ARBITRATIONAGREEMENT_21011913482060073784807E2_618.PDF | Arbitration Agreement.pdf (130 KB) | 0DB297122 | 1/19/2021 13:48 | 66.60.134.86 | 4882221 |
| ee_71226007117f42adc_2632625 (01/19/2021) | ee_71226007117f42adc_2632625 (01/19/2021) | 0DB297122 | 1/19/2021 13:49 | 66.60.134.86 | 4882226 |
| 0DB29_7122_DRUGALCOHOLPOLICY1_210119134919600737BF5A069_703.PDF | Drug & Alcohol Policy1.pdf (298 KB) | 0DB297122 | 1/19/2021 13:49 | 66.60.134.86 | 4882227 |
| ee_71226007117f42adc_2632627 (01/19/2021) | ee_71226007117f42adc_2632627 (01/19/2021) | 0DB297122 | 1/19/2021 13:50 | 66.60.134.86 | 4882235 |
| 0DB29_XXXXX_UNIFORMPAY_2103181246556053920fb0aec_629.DOCX | Uniform Pay.docx (13 KB) | 0DB297122 | 4/5/2021 12:11 | 98.238.167.27 | 5098200 |
| 0DB29_XXXXX_TEXTINGCOMMUNICATION_210318124941605392b5bae54_824.DOCX | Texting Communication.docx (13 KB) | 0DB297122 | 4/5/2021 12:12 | 98.238.167.27 | 5098202 |
| 0DB29_7122_COVID19ATTEST_21062212051960D2184FB916D_973.PDF | COVID 19 Attest.pdf (329 KB) | 0DB297122 | 6/22/2021 12:05 | 157.130.207.78 | 5335252 |
| ee_71226007117f42adc_2873896 (06/22/2021) | ee_71226007117f42adc_2873896 (06/22/2021) | 0DB297122 | 6/22/2021 12:05 | 157.130.207.78 | 5335256 |
| 0DB29_7122_QQCONFIDENTIALITYANDINVENTIONASSIGNMENTA_220502181759627066a7de7f7_369.PDF | QQ - Confidentiality and Invention Assignment Agreement.pdf (146 KB) | hannahflash | 5/2/2022 18:17 | 24.2.48.143 | 6305497 |
| | | hannahflash | 5/3/2022 11:07 | 24.2.48.143 | 6307342 |
| 0DB29_7122_QQCONFIDENTIALITYANDINVENTIONASSIGNMENTA_220503111911627155ff216a4_544.PDF | QQ - Confidentiality and Invention Assignment Agreement.pdf (146 KB) | hannahflash | 5/3/2022 11:19 | 24.2.48.143 | 6307613 |
| | | hannahflash | 5/3/2022 11:43 | 24.2.48.143 | 6308073 |
| 0DB29_7122_QQCONFIDENTIALITYANDINVENTIONASSIGNMENTA_2205031203056271604917101_811.PDF | QQ - Confidentiality and Invention Assignment Agreement.pdf (146 KB) | hannahflash | 5/3/2022 12:03 | 24.2.48.143 | 6308451 |
| 0DB29_XXXXX_QQPOLGENERALSECURITYFINALV10_2205191041476286653bde9d1_806.DOCX | QQPolGeneralSecurityFinalV1_0.docx (68 KB) | hannahflash | 5/19/2022 10:48 | 24.2.48.143 | 6358048 |
| ../cl/pe-bgcdetail.php?evid=ev5fff1acb6bfd7 | Background Screening Report (0 KB) | System | 6/17/2024 14:22 | | 8220657 |

# Document Files

| Client Code | Employee Code | Folder ID | Folder Name | Folder Year | Document ID | Source File Description | Source File Path | Source File Type | Source File Extension | Source File Size | Source File Update Time | Source File User | Source File IP Address |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0DB29 | 7122 | 6214 | USCIS Form I-9 | | 2632127 | USCIS FORM I9.pdf | 0DB29 7122 USCISFORMI920191021 2101191130176007172916653 265.PDF | FILE | PDF | 944211 | 1/19/2021 11:30 | DinaKatsel | 66.60.134.86 |
| 0DB29 | 7122 | 16997 | Direct Deposit Form | | 2632570 | DIRECT DEPOSIT FORM 2020 V1.pdf | 0DB29 7122 DIRECTDEPOSITFORM2020V1 210119132901600732fd6b5be 302.PDF | FILE | PDF | 67522 | 1/19/2021 13:29 | 0DB297122 | 66.60.134.86 |
| 0DB29 | 7122 | 25303 | Car Wash Agreement | | 2631999 | Team Member Membership Request v5.pdf | 0DB29 7122 TEAMMEMBERMEMBERSHIPREQUESTV5 210119110718600711C6389FB 593.PDF | APPLICATION/PDF | PDF | 235817 | 1/19/2021 13:24 | 0DB297122 | 66.60.134.86 |
| 0DB29 | 7122 | 26805 | 2020 California Handbook | | 2632560 | 2020 California Handbook.pdf | 0DB29 XXXXX 2020CALIFORNIAHANDBOOK 2006101420145ee1326e88724 515.PDF | APPLICATION/PDF | PDF | 1587956 | 1/19/2021 13:21 | 0DB297122 | 66.60.134.86 |
| 0DB29 | 7122 | 26814 | 2020 Service Center Addendum | | 2632618 | 2020 Service Center Addendum.pdf | 0DB29 XXXXX 2020SERVICECENTERADDENDUM 2006101432245ee135481bdb1 785.PDF | APPLICATION/PDF | PDF | 116719 | 1/19/2021 13:46 | 0DB297122 | 66.60.134.86 |
| 0DB29 | 7122 | 26816 | 2020 Arbitration Agreement | | 2632625 | Arbitration Agreement.pdf | 0DB29 7122 ARBITRATIONAGREEMENT 210119134820600737B4807E2 618.PDF | APPLICATION/PDF | PDF | 157952 | 1/19/2021 13:49 | 0DB297122 | 66.60.134.86 |
| 0DB29 | 7122 | 26837 | 2020 Handbook/Meal/Surveillance Acknowledgement | | 2632619 | Handbook Acknowledgement.pdf | 0DB29 7122 HANDBOOKACKNOWLEDGEMENT 210119134646600737265F22A 576.PDF | APPLICATION/PDF | PDF | 175536 | 1/19/2021 13:48 | 0DB297122 | 66.60.134.86 |
| 0DB29 | 7122 | 26875 | Drug Policy | | 2632627 | Drug & Alcohol Policy1.pdf | 0DB29 7122 DRUGALCOHOLPOLICY1 210119134919600737BF5A069 703.PDF | APPLICATION/PDF | PDF | 333733 | 1/19/2021 13:50 | 0DB297122 | 66.60.134.86 |
| 0DB29 | 7122 | 29645 | 2021 Form W-4 | 2021 | 2632568 | 2021fw4.pdf | 0DB29 7122 2021FW4 2101191325426007323630615 941.PDF | FILE | PDF | 72268 | 1/19/2021 13:25 | 0DB297122 | 66.60.134.86 |
| 0DB29 | 7122 | 30140 | 2020 Handbook Addendum-Uniform Pay | | 2745786 | Uniform Pay.docx | 0DB29 XXXXX UNIFORMPAY 2103181246556053920fb0aec 629.DOCX | APPLICATION/VND.OPENXMLFORMATS-OFFICEDOCUMENT.WORD | DOCX | 12925 | 4/5/2021 12:11 | 0DB297122 | 98.238.167.27 |
| 0DB29 | 7122 | 30142 | 2020 Handbook Addendum-Texting Communication | | 2745787 | Texting Communication.docx | 0DB29 XXXXX TEXTINGCOMMUNICATION 210318124941605392b5bae54 824.DOCX | APPLICATION/VND.OPENXMLFORMATS-OFFICEDOCUMENT.WORD | DOCX | 13424 | 4/5/2021 12:12 | 0DB297122 | 98.238.167.27 |
| 0DB29 | 7122 | 31098 | COVID-19 Attest | | 2873896 | COVID 19 Attest.pdf | 0DB29 7122 COVID19ATTEST 21062212051960D2184FB916D 973.PDF | APPLICATION/PDF | PDF | 365412 | 6/22/2021 12:05 | 0DB297122 | 157.130.207.78 |
| 0DB29 | 7122 | 33685 | CONFIDENTIAL INFORMATION AGREEMENT | | 3438581 | OO - Confidentiality and Invention Assignment Agreement.pdf | 0DB29 7122 OOCONFIDENTIALITYANDINVENTIONASSIGNMENTA 2205031203056271604917101 811.PDF | APPLICATION/PDF | PDF | 149733 | 5/3/2022 12:03 | hannahflash | 24.2.48.143 |
| 0DB29 | 7122 | 33772 | Handbook Addendum - Information Security Policy | | 3468851 | OOPolGeneralSecurityFinalV1 0.docx | 0DB29 XXXXX OOPOLGENERALSECURITYFINALV10 2205191041476286653bde9d1 806.DOCX | FILE | DOCX | 69157 | 5/19/2022 10:48 | hannahflash | 24.2.48.143 |
| 0DB29 | 7122 | 40515 | Enhanced Background Checks Consumer Report | | 4559042 | Background Screening Report | ../cl/pe-bgcdetail.php?evid=ev5fff1acb6bfd7 | web | ev5fff1acb6bfd7 | 0 | 6/17/2024 14:22 | System | |

| Document ID | Employee Signature Needed | Employee Signature Received | Employee Signature Time | Employee Signature User | Employee Signature IP Address | Employee Signature Signed Name | Employee Signature Signed Date | Supervisor Signature Needed | Supervisor Signature Received | Supervisor Signature Time | Supervisor Signature User | Supervisor Signature IP Address | Supervisor Signature Signed Name | Supervisor Signature Signed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2632127 | 1 | 1 | 1/19/2021 11:06 | 0DB297122 | | ee 71226007117f42adc | 1/19/2021 | 1 | 1 | 1/19/2021 11:30 | 0DB297122 | 66.60.134.86 | cl DinaKatsel5fa451e50ef5f | 1/19/2021 |
| 2632570 | 1 | 1 | 1/19/2021 13:29 | 0DB297122 | 66.60.134.86 | ee 71226007117f42adc | 1/19/2021 | 0 | 0 | 0/0/0000 12:00:00 AM | | | | 0/0/0000 |
| 2631999 | 1 | 1 | 1/19/2021 13:24 | 0DB297122 | 66.60.134.86 | ee 71226007117f42adc | 1/19/2021 | 0 | 0 | 0/0/0000 12:00:00 AM | | | | 0/0/0000 |
| 2632560 | 0 | 0 | 0/0/0000 12:00:00 AM | | | | 0/0/0000 | 0 | 0 | 0/0/0000 12:00:00 AM | | | | 0/0/0000 |
| 2632618 | 0 | 0 | 0/0/0000 12:00:00 AM | | | | 0/0/0000 | 0 | 0 | 0/0/0000 12:00:00 AM | | | | 0/0/0000 |
| 2632625 | 1 | 1 | 1/19/2021 13:49 | 0DB297122 | 66.60.134.86 | ee 71226007117f42adc | 1/19/2021 | 0 | 0 | 0/0/0000 12:00:00 AM | | | | 0/0/0000 |
| 2632619 | 1 | 1 | 1/19/2021 13:48 | 0DB297122 | 66.60.134.86 | ee 71226007117f42adc | 1/19/2021 | 0 | 0 | 0/0/0000 12:00:00 AM | | | | 0/0/0000 |
| 2632627 | 1 | 1 | 1/19/2021 13:50 | 0DB297122 | 66.60.134.86 | ee 71226007117f42adc | 1/19/2021 | 0 | 0 | 0/0/0000 12:00:00 AM | | | | 0/0/0000 |
| 2632568 | 1 | 1 | 1/19/2021 13:25 | 0DB297122 | 66.60.134.86 | ee 71226007117f42adc | 1/19/2021 | 0 | 0 | 0/0/0000 12:00:00 AM | | | | 0/0/0000 |
| 2745786 | 0 | 0 | 0/0/0000 12:00:00 AM | | | | 0/0/0000 | 0 | 0 | 0/0/0000 12:00:00 AM | | | | 0/0/0000 |
| 2745787 | 0 | 0 | 0/0/0000 12:00:00 AM | | | | 0/0/0000 | 0 | 0 | 0/0/0000 12:00:00 AM | | | | 0/0/0000 |
| 2873896 | 1 | 1 | 6/22/2021 12:05 | 0DB297122 | 157.130.207.78 | ee 71226007117f42adc | 6/22/2021 | 0 | 0 | 0/0/0000 12:00:00 AM | | | | 0/0/0000 |
| 3438581 | 1 | 0 | 0/0/0000 12:00:00 AM | | | | 0/0/0000 | 1 | 0 | 0/0/0000 12:00:00 AM | | | | 0/0/0000 |
| 3468851 | 0 | 0 | 0/0/0000 12:00:00 AM | | | | 0/0/0000 | 0 | 0 | 0/0/0000 12:00:00 AM | | | | 0/0/0000 |
| 4559042 | 0 | 0 | 0/0/0000 12:00:00 AM | | | | 0/0/0000 | 0 | 0 | 0/0/0000 12:00:00 AM | | | | 0/0/0000 |

| Document ID | Document Track | Employee Acknowledgement Signed Name | Supervisor Acknowledgement Signed Name | Employee Acknowledgement Time | Supervisor Acknowledgement Time | Modified Date | Modified By | Is Employee Complete | Is Supervisor Complete |
|---|---|---|---|---|---|---|---|---|---|
| 2632127 | processI9 | | | 0/0/0000 12:00:00 AM | 0/0/0000 12:00:00 AM | ############ | DinaKatsel | 1 | |
| 2632570 | update | MARK ADAMS | | 1/19/2021 13:29 | 0/0/0000 12:00:00 AM | ############ | 0DB297122 | 1 | |
| 2631999 | ESS Checklist Add Document | | | 0/0/0000 12:00:00 AM | 0/0/0000 12:00:00 AM | ############ | 0DB297122 | 1 | |
| 2632560 | ESS Checklist Add Document | | | 0/0/0000 12:00:00 AM | 0/0/0000 12:00:00 AM | ############ | 0DB297122 | 1 | |
| 2632618 | ESS Checklist Add Document | | | 0/0/0000 12:00:00 AM | 0/0/0000 12:00:00 AM | ############ | 0DB297122 | 1 | |
| 2632625 | ESS Checklist Add Document | | | 0/0/0000 12:00:00 AM | 0/0/0000 12:00:00 AM | ############ | 0DB297122 | 1 | |
| 2632619 | ESS Checklist Add Document | | | 0/0/0000 12:00:00 AM | 0/0/0000 12:00:00 AM | ############ | 0DB297122 | 1 | |
| 2632627 | ESS Checklist Add Document | | | 0/0/0000 12:00:00 AM | 0/0/0000 12:00:00 AM | ############ | 0DB297122 | 1 | |
| 2632568 | payRateProc | MARK ADAMS | | 1/19/2021 13:25 | 0/0/0000 12:00:00 AM | ############ | 0DB297122 | 1 | |
| 2745786 | ESS Checklist Add Document | | | 0/0/0000 12:00:00 AM | 0/0/0000 12:00:00 AM | 4/5/2021 12:11 | 0DB297122 | 1 | |
| 2745787 | ESS Checklist Add Document | | | 0/0/0000 12:00:00 AM | 0/0/0000 12:00:00 AM | 4/5/2021 12:12 | 0DB297122 | 1 | |
| 2873896 | ESS Checklist Add Document | | | 0/0/0000 12:00:00 AM | 0/0/0000 12:00:00 AM | ############ | 0DB297122 | 1 | |
| 3438581 | assignDocument | | | 0/0/0000 12:00:00 AM | 0/0/0000 12:00:00 AM | 5/3/2022 12:03 | hannahflash | 0 | |
| 3468851 | assignDocument | | | 0/0/0000 12:00:00 AM | 0/0/0000 12:00:00 AM | ############ | hannahflash | 1 | |
| 4559042 | | | | 0/0/0000 12:00:00 AM | 0/0/0000 12:00:00 AM | ############ | System | 0 | |

| Client Code | Employee Code | Folder ID | Folder Name | Folder Year | Document ID | Source File Description |
|---|---|---|---|---|---|---|
| 0DB29 | 7122 | 6214 | USCIS Form I-9 | | 2632127 | USCIS_FORM_I9.pdf |
| 0DB29 | 7122 | 16997 | Direct Deposit Form | | 2632570 | DIRECT_DEPOSIT_FORM_2020_V1.pdf |
| 0DB29 | 7122 | 25303 | Car Wash Agreement | | 2631999 | Team Member Membership Request_v5.pdf |
| 0DB29 | 7122 | 26805 | 2020 California Handbook | | 2632560 | 2020 California Handbook.pdf |
| 0DB29 | 7122 | 26814 | 2020 Service Center Addendum | | 2632618 | 2020 Service Center Addendum.pdf |
| 0DB29 | 7122 | 26816 | 2020 Arbitration Agreement | | 2632625 | Arbitration Agreement.pdf |
| 0DB29 | 7122 | 26837 | 2020 Handbook/Meal/Surveillance Acknowledgement | | 2632619 | Handbook Acknowledgement.pdf |
| 0DB29 | 7122 | 26875 | Drug Policy | | 2632627 | Drug & Alcohol Policy1.pdf |
| 0DB29 | 7122 | 29645 | 2021 Form W-4 | 2021 | 2632568 | 2021fw4.pdf |
| 0DB29 | 7122 | 30140 | 2020 Handbook Addendum-Uniform Pay | | 2745786 | Uniform Pay.docx |
| 0DB29 | 7122 | 30142 | 2020 Handbook Addendum-Texting Communication | | 2745787 | Texting Communication.docx |
| 0DB29 | 7122 | 31098 | COVID-19 Attest | | 2873896 | COVID 19 Attest.pdf |
| 0DB29 | 7122 | 33685 | CONFIDENTIAL INFORMATION AGREEMENT | | 3438581 | QQ - Confidentiality and Invention Assignment Agreement.pdf |
| 0DB29 | 7122 | 33772 | Handbook Addendum - Information Security Policy | | 3468851 | QQPolGeneralSecurityFinalV1_0.docx |
| 0DB29 | 7122 | 40515 | Enhanced Background Checks Consumer Report | | 4559042 | Background Screening Report |

| Source File Path | Source File Type | Source File Extension | Source File Size |
|---|---|---|---|
| 0DB29_7122_USCISFORMI920191021_210119113017600717291665З_265.PDF | FILE | PDF | 944211 |
| 0DB29_7122_DIRECTDEPOSITFORM2020V1_210119132901600732fd6b5be_302.PDF | FILE | PDF | 67522 |
| 0DB29_7122_TEAMMEMBERMEMBERSHIPREQUESTV5_210119110718600711C6389FB_593.PDF | APPLICATION/PDF | PDF | 235817 |
| 0DB29_XXXXX_2020CALIFORNIAHANDBOOK_2006101420145ee1326e88724_515.PDF | APPLICATION/PDF | PDF | 1587956 |
| 0DB29_XXXXX_2020SERVICECENTERADDENDUM_2006101432245ee135481bdb1_785.PDF | APPLICATION/PDF | PDF | 116719 |
| 0DB29_7122_ARBITRATIONAGREEMENT_21011913482060073784807E2_618.PDF | APPLICATION/PDF | PDF | 157952 |
| 0DB29_7122_HANDBOOKACKNOWLEDGEMENT_2101191346466007372б5F22A_576.PDF | APPLICATION/PDF | PDF | 175536 |
| 0DB29_7122_DRUGALCOHOLPOLICY1_210119134919600737BF5A069_703.PDF | APPLICATION/PDF | PDF | 333733 |
| 0DB29_7122_2021FW4_210119132542600732363О615_941.PDF | FILE | PDF | 72268 |
| 0DB29_XXXXX_UNIFORMPAY_2103181246556053920fb0aec_629.DOCX | APPLICATION/VND.OPENXMLFORMATS-OFFICEDOCUMENT.WORD | DOCX | 12925 |
| 0DB29_XXXXX_TEXTINGCOMMUNICATION_210318124941605392b5bae54_824.DOCX | APPLICATION/VND.OPENXMLFORMATS-OFFICEDOCUMENT.WORD | DOCX | 13424 |
| 0DB29_7122_COVID19ATTEST_21062212051960D2184FB916D_973.PDF | APPLICATION/PDF | PDF | 365412 |
| 0DB29_7122_QQCONFIDENTIALITYANDINVENTIONASSIGNMENTA_220503120305627160491710 1_811.PDF | APPLICATION/PDF | PDF | 149733 |
| 0DB29_XXXXX_QQPOLGENERALSECURITYFINALV10_2205191041476286653bde9d1_806.DOCX | FILE | DOCX | 69157 |
| ../cl/pe-bgcdetail.php?evid=ev5fff1acb6bfd7 | web | ev5fff1acb6bfd7 | 0 |

| Source File Update Time | Source File User | Source File IP Address | Employee Signature Needed | Employee Signature Received | Employee Signature Time | Employee Signature User | Employee Signature IP Address |
|---|---|---|---|---|---|---|---|
| 1/19/2021 11:30 | DinaKatsel | 66.60.134.86 | 1 | 1 | 1/19/2021 11:06 | 0DB297122 | |
| 1/19/2021 13:29 | 0DB297122 | 66.60.134.86 | 1 | 1 | 1/19/2021 13:29 | 0DB297122 | 66.60.134.86 |
| 1/19/2021 13:24 | 0DB297122 | 66.60.134.86 | 1 | 1 | 1/19/2021 13:24 | 0DB297122 | 66.60.134.86 |
| 1/19/2021 13:21 | 0DB297122 | 66.60.134.86 | 0 | 0 | 0/0/0000 12:00:00 AM | | |
| 1/19/2021 13:46 | 0DB297122 | 66.60.134.86 | 0 | 0 | 0/0/0000 12:00:00 AM | | |
| 1/19/2021 13:49 | 0DB297122 | 66.60.134.86 | 1 | 1 | 1/19/2021 13:49 | 0DB297122 | 66.60.134.86 |
| 1/19/2021 13:48 | 0DB297122 | 66.60.134.86 | 1 | 1 | 1/19/2021 13:48 | 0DB297122 | 66.60.134.86 |
| 1/19/2021 13:50 | 0DB297122 | 66.60.134.86 | 1 | 1 | 1/19/2021 13:50 | 0DB297122 | 66.60.134.86 |
| 1/19/2021 13:25 | 0DB297122 | 66.60.134.86 | 1 | 1 | 1/19/2021 13:25 | 0DB297122 | 66.60.134.86 |
| 4/5/2021 12:11 | 0DB297122 | 98.238.167.27 | 0 | 0 | 0/0/0000 12:00:00 AM | | |
| 4/5/2021 12:12 | 0DB297122 | 98.238.167.27 | 0 | 0 | 0/0/0000 12:00:00 AM | | |
| 6/22/2021 12:05 | 0DB297122 | 157.130.207.78 | 1 | 1 | 6/22/2021 12:05 | 0DB297122 | 157.130.207.78 |
| 5/3/2022 12:03 | hannahflash | 24.2.48.143 | 1 | 0 | 0/0/0000 12:00:00 AM | | |
| 5/19/2022 10:48 | hannahflash | 24.2.48.143 | 0 | 0 | 0/0/0000 12:00:00 AM | | |
| 6/17/2024 14:22 | System | | 0 | 0 | 0/0/0000 12:00:00 AM | | |

| Employee Signature Signed Name | Employee Signature Signed Date | Supervisor Signature Needed | Supervisor Signature Received | Supervisor Signature Time | Supervisor Signature User | Supervisor Signature IP Address |
|---|---|---|---|---|---|---|
| ee_71226007117f42adc | 1/19/2021 | 1 | 1 | 1/19/2021 11:30 | 0DB297122 | 66.60.134.86 |
| ee_71226007117f42adc | 1/19/2021 | 0 | 0 | 0/0/0000 12:00:00 AM | | |
| ee_71226007117f42adc | 1/19/2021 | 0 | 0 | 0/0/0000 12:00:00 AM | | |
| | 0/0/0000 | 0 | 0 | 0/0/0000 12:00:00 AM | | |
| | 0/0/0000 | 0 | 0 | 0/0/0000 12:00:00 AM | | |
| ee_71226007117f42adc | 1/19/2021 | 0 | 0 | 0/0/0000 12:00:00 AM | | |
| ee_71226007117f42adc | 1/19/2021 | 0 | 0 | 0/0/0000 12:00:00 AM | | |
| ee_71226007117f42adc | 1/19/2021 | 0 | 0 | 0/0/0000 12:00:00 AM | | |
| ee_71226007117f42adc | 1/19/2021 | 0 | 0 | 0/0/0000 12:00:00 AM | | |
| | 0/0/0000 | 0 | 0 | 0/0/0000 12:00:00 AM | | |
| | 0/0/0000 | 0 | 0 | 0/0/0000 12:00:00 AM | | |
| ee_71226007117f42adc | 6/22/2021 | 0 | 0 | 0/0/0000 12:00:00 AM | | |
| | 0/0/0000 | 1 | 0 | 0/0/0000 12:00:00 AM | | |
| | 0/0/0000 | 0 | 0 | 0/0/0000 12:00:00 AM | | |
| | 0/0/0000 | 0 | 0 | 0/0/0000 12:00:00 AM | | |

| Supervisor Signature Signed Name | Supervisor Signature Signed Date | Document Track | Employee Acknowledgement Signed Name | Supervisor Acknowledgement Signed Name | Employee Acknowledgement Time |
|---|---|---|---|---|---|
| cl_DinaKatsel5fa451e50ef5f | 1/19/2021 | processI9 | | | 0/0/0000 12:00:00 AM |
| | 0/0/0000 | update | MARK ADAMS | | 1/19/2021 13:29 |
| | 0/0/0000 | ESS_Checklist_Add_Document | | | 0/0/0000 12:00:00 AM |
| | 0/0/0000 | ESS_Checklist_Add_Document | | | 0/0/0000 12:00:00 AM |
| | 0/0/0000 | ESS_Checklist_Add_Document | | | 0/0/0000 12:00:00 AM |
| | 0/0/0000 | ESS_Checklist_Add_Document | | | 0/0/0000 12:00:00 AM |
| | 0/0/0000 | ESS_Checklist_Add_Document | | | 0/0/0000 12:00:00 AM |
| | 0/0/0000 | ESS_Checklist_Add_Document | | | 0/0/0000 12:00:00 AM |
| | 0/0/0000 | payRateProc | MARK ADAMS | | 1/19/2021 13:25 |
| | 0/0/0000 | ESS_Checklist_Add_Document | | | 0/0/0000 12:00:00 AM |
| | 0/0/0000 | ESS_Checklist_Add_Document | | | 0/0/0000 12:00:00 AM |
| | 0/0/0000 | ESS_Checklist_Add_Document | | | 0/0/0000 12:00:00 AM |
| | 0/0/0000 | assignDocument | | | 0/0/0000 12:00:00 AM |
| | 0/0/0000 | assignDocument | | | 0/0/0000 12:00:00 AM |
| | 0/0/0000 | | | | 0/0/0000 12:00:00 AM |

| Supervisor Acknowledgement Time | Modified Date | Modified By | Is Employee Complete | Is Supervisor Complete |
|---|---|---|---|---|
| 0/0/0000 12:00:00 AM | 1/19/2021 11:30 | DinaKatsel | 1 | |
| 0/0/0000 12:00:00 AM | 1/19/2021 13:29 | 0DB297122 | 1 | |
| 0/0/0000 12:00:00 AM | 1/19/2021 13:24 | 0DB297122 | 1 | |
| 0/0/0000 12:00:00 AM | 1/19/2021 13:21 | 0DB297122 | 1 | |
| 0/0/0000 12:00:00 AM | 1/19/2021 13:46 | 0DB297122 | 1 | |
| 0/0/0000 12:00:00 AM | 1/19/2021 13:49 | 0DB297122 | 1 | |
| 0/0/0000 12:00:00 AM | 1/19/2021 13:48 | 0DB297122 | 1 | |
| 0/0/0000 12:00:00 AM | 1/19/2021 13:50 | 0DB297122 | 1 | |
| 0/0/0000 12:00:00 AM | 1/19/2021 13:25 | 0DB297122 | 1 | |
| 0/0/0000 12:00:00 AM | 4/5/2021 12:11 | 0DB297122 | 1 | |
| 0/0/0000 12:00:00 AM | 4/5/2021 12:12 | 0DB297122 | 1 | |
| 0/0/0000 12:00:00 AM | 6/22/2021 12:05 | 0DB297122 | 1 | |
| 0/0/0000 12:00:00 AM | 5/3/2022 12:03 | hannahflash | 0 | |
| 0/0/0000 12:00:00 AM | 5/19/2022 10:48 | hannahflash | 1 | |
| 0/0/0000 12:00:00 AM | 6/17/2024 14:22 | System | 0 | |