UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK D. ADAMS,<br>Plaintiff,<br>v.<br>S&D CARWASH MANAGEMENT, LLC, et al.,<br>Defendants. | No. 2:25-cv-1290 DC AC PS<br><br>ORDER |

The court is in receipt of plaintiff's second motion to participate in electronic filing pursuant to Local Rule 133. ECF No. 57. The court has reviewed the filing and again DENIES the motion. Although the Eastern District of California is an electronic management/filing district, unrepresented persons are required to file and serve paper documents unless the assigned District Judge or Magistrate Judge grants leave to utilize electronic filing. L.R. 133(a), (b)(2). To the extent plaintiff asserts he is prejudiced by his inability to file electronically, the court notes that nearly all pro se litigants file hard copies of documents, and that his circumstances are not unique. Furthermore, extensions of time are liberally granted to pro se litigants, and plaintiff is free to request extensions of time when necessary. However, the court will not permit general or

////

////

untethered extensions of time. Plaintiff must request extensions of specific deadlines if he needs them. Plaintiff's motion (ECF No. 57) is DENIED.

IT IS SO ORDERED.

DATED: November 10, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE